No. 600. W. J. DILLNER TRANSFER Co. *v.* PENNSYL-VANIA PUBLIC UTILITY COMMISSION ET AL. Appeal from the Supreme Court of Pennsylvania, Western District; and

No. 601. W. J. DILLNER TRANSFER Co. *v.* PENNSYL-VANIA PUBLIC UTILITY COMMISSION ET AL. Appeal from the Supreme Court of Pennsylvania, Middle District. *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for want of a substantial federal question. *J. Paul Rupp* and *Ernie Adamson* for appellant. *Thomas M. Kerrigan* for the Pennsylvania Public Utility Commission; and *Harold S. Shertz* for Highway Express Lines, Inc. et al., appellees. Reported below: See 175 Pa. Super. 461, 472, 107 A. 2d 159, 164.

No. 376. PETERS *v.* HOBBY ET AL. Certiorari, 348 U. S. 882, to the United States Court of Appeals for the District of Columbia Circuit. Motion of the Congress of Industrial Organizations for leave to appear and present oral argument, as *amicus curiae,* denied.

No. ——. IN RE ANASTAPLO. Motion for leave to file application for admission to the Bar of the Supreme Court of the United States denied.

No. 608. OKLAHOMA EX REL. GRIMES ET AL. *v.* BOARD OF EDUCATION OF OKLAHOMA CITY ET AL. Petition for writ of certiorari to the Supreme Court of Oklahoma and for other relief denied. *Harlan Grimes pro se. Ned Looney* and *Alexander M. Heron* for the National Surety Corporation; and *Maurice M. Thomas* for the New Amsterdam Casualty Co., respondents.